# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hannah Joy Bethell,<br><br>    Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:22-cv-00956-ODW-MRW<br><br>|**PROPOSED**| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 8/8/23

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE